U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 7 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MANAL GILBERT<br>LA. DOC #533104<br>VS. | CIVIL ACTION NO. 6:15-cv-00170<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR. |
| WARDEN JAMES ROGERS | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Claims 1 and 2 of this petition for *habeas corpus* are **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and that Claims 3, 4, and 5 are **DENIED AND DISMISSED WITH PREJUDICE** because those claims were not properly exhausted and are now procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 6th day of October, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE